AGNEW *v.* BROOKLYN CITY R. Co.

(*City Court of Brooklyn, General Term.*   April 23, 1889.)

WITNESS—COMPETENCY—INFANT.

A witness only seven or eight years old, who understands that she will be pun ished if she tells an untruth, is competent.

Appeal from trial term.

Action by Margaret Agnew, an infant, etc., against the Brooklyn City Rail-road Company to recover damages for personal injuries.   Verdict and judg-ment for plaintiff, and defendant appeals.

Argued before CLEMENT, C. J., and VAN WYCK, J.

*Morris & Pearsall*, for appellant.   *Chas. J. Patterson*, for respondent.

CLEMENT, C. J.   The plaintiff on September 3, 1886, was about six and a half years of age; and on that day, while attempting to cross Sackett street, in this city, was struck by a horse attached to a horse-car on one of the defend-ant's lines, and was thrown down and severely injured.   It was conceded on the trial that the car had no conductor, and there was testimony tending to

show that the driver was, at the time, directing his attention to the rear of the car, and was not on the lookout for foot travelers crossing the street. Such testimony was contradicted by the witnesses for the defense; and the jury, after seeing and hearing all the witnesses, decided to give credit to the statements made on the part of the plaintiff, and rendered a verdict in her favor for $3,500. We have carefully examined the record, and hold that the verdict is not against the weight of evidence. We also think that it was not error to permit the plaintiff to testify, as she knew at the time she gave her testimony that she would be punished if she told an untruth, and was competent as a witness, on the authority of *Jones* v. *Railroad Co.*, 3 N. Y. Supp. 253, (recently decided by the general term of this court.) We have examined the other exceptions in the case, and do not find error, either in the rulings of the trial judge, or in his charge. The judgment and order denying new trial must be affirmed, with costs.

VAN WYCK, J., concurs.